# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lois Sloan, | No. CV-17-00332-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| United Collection Bureau Incorporated, | |
| Defendant. | |

The Court having been notified that this matter has settled in its entirety (Doc. 8),

**IT IS ORDERED** this action will be dismissed with prejudice by the Clerk's Office without further notice on **May 2, 2017**, unless prior thereto a request for reinstatement on the Court's trial calendar is filed herein.

Dated this 2nd day of March, 2017.

Honorable Roslyn O. Silver
Senior United States District Judge